ROSALIE SHUTKA, PLAINTIFF-RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-PETITIONER.

See same case below: 74 *N. J. Super.* 381.

*Messrs. Strong & Strong* for the petitioner.

*Mr. Stanley W. Greenfield* for the respondent.

June 29, 1962. Denied.

HENRY SUESSERMAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE BOARD OF ADJUSTMENT OF THE CITY OF NEWARK, *ET AL.*, DEFENDANTS, SIDNEY STEINER, DEFENDANT-PETITIONER.

*Mr. John J. Dios* and *Mr. Sam Weiss* for the petitioner.

*Mr. George R. Handler* for the respondents.

June 29, 1962. Denied.